# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>MONDE-MEDINO, HUMBERTO JESUS | CRIMINAL COMPLAINT<br>CASE: 09-33810MP<br>Citizenship: MEXICO |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about October 22, 2009, at or near Lukeville, Arizona, in the District of Arizona, Humberto Jesus MONDE-Medino, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Humberto Jesus MONDE-Medino, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Humberto Jesus MONDE-Medino admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on October 22, 2009, at or near Lukeville, Arizona.

10/26/2009                                                      at Tucson, Arizona
File Date

                                                     Signature of Complainant

Sworn to before me and subscribed in my presence,

Honorable Bernardo Velasco
United States Magistrate Judge

                                                     Signature of Judicial Officer

FBI Number: 554949NC9

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

UNITED STATES OF AMERICA
vs.
MONDE-MEDINO, HUMBERTO JESUS

CRIMINAL COMPLAINT
CASE: 09-33810MP

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense) - Short Form

The Defendant, MONDE-MEDINO, HUMBERTO JESUS , was represented by counsel, R.Antonio Felix (CJA).

The defendant pled guilty to the complaint on 10/26/2009. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 10/25/2009 |

As pronounced on 10/26/2009, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of Time Served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 19 U.S.C. § 3013 is hereby remitted pursuant to 19 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Filed and Signed on this Monday, October 26, 2009.

*Bernardo Velasco*

Honorable Bernardo Velasco
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 554949NC9

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

Date: 10/26/2009   Case Number: 09-33810MP

USA vs. HUMBERTO JESUS MONDE-MEDINO

U.S. MAGISTRATE JUDGE: BERNARDO VELASCO   Judge AO Code: 70BJ

ASSIGNED U.S. Attorney: Christopher Lewis   INTERPRETER REQ'D: Patrick O'Connor

Attorney for Defendant: R.Antonio Felix (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE

DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be Same
[X] Petty Offense   [X] Date of Arrest: 10/25/2009
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Time waived for passage of sentence.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of Time Served

[X] Imposition of Special Assessmant is waived by the USA.
[X] Defendant advised of right to appeal.
[X] Waiver of right to appeal explained.

OTHER:   R.Antonio Felix (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart   COP: 1
BY: Tiffany Dame   Sent: 0
Deputy Clerk   IA: 0